UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO.: 05-CV-40012

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

JAMES W. TRAGAKIS and
SUSAN M. O'HARA,

    Plaintiffs,

v.

ROBERT F. ANGILLY, JR., P.E.,
d/b/a CRITERIUM-ANGILLY
ENGINEERS, CRITERIUM ENGINEERS,
INC., NRT NEW ENGLAND, INC.,
d/b/a COLDWELL BANKER
RESIDENTIAL BROKERAGE, PAULETTE
E. DAVIS, CENDANT MOBILITY
FINANCIAL CORP., and UNITED
SERVICES AUTOMOBILE ASSOC.

    Defendants.

\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*\*

## DEFENDANTS, NRT NEW ENGLAND, INC., d/b/a COLDWELL BANKER RESIDENTIAL BROKERAGE'S AND PAULETTE E. DAVIS'S, MOTION TO DISMISS FOR LACK OF JURISDICTION

Now come the defendants, NRT New England, Inc., d/b/a Coldwell Banker Residential Brokerage ("Coldwell Banker") and Paulette E. Davis ("Davis"), and hereby request that this Honorable Court dismiss the Amended Complaint filed by the plaintiffs, James W. Tragakis and Susan M. O'Hara, pursuant to Fed. R. Civ. P. 12(b)(1) and/or Fed. R. Civ. P. 12(h)(3). As

grounds for their motion, Coldwell Banker and Davis state that the Court lacks subject matter jurisdiction over this matter on the basis of diversity of citizenship because there is not complete diversity among the parties because the plaintiffs and two of the defendants are residents of Massachusetts. Consequently, the Court is required to dismissed the case. *See Owen Equipment and Erection Co. v. Kroger*, 437 U.S. 365, 373 (1978); *Gabriel v. Preble*, 396 F.3d 10, 13 (1st Cir. 2005); *see also* Fed. R. Civ. P. 12(h)(3).

For the foregoing reasons and for the reasons set forth in the memorandum of law filed herewith, Coldwell Banker and Davis respectfully request that this Honorable Court dismiss the plaintiffs' Amended Complaint.

The Defendants,
NRT New England, Inc., d/b/a
Coldwell Banker Residential
Brokerage, and Paulette
E. Davis,
By Their counsel,

*[signature]*
Richard J. Shea, BBO #: 456310
Megan E. Kures, BBO #: 652485
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, MA 02109
(617) 523-6200

Dated: 3/17/05