UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF MASSACHUSETTS

CIVIL ACTION NO. 05-CV-40012

|  |  |
|---|---|
| JAMES W. TRAGAKIS & SUSAN M. O'HARA,<br>    Plaintiffs<br><br>v.<br><br>ROBERT F. ANGILLY, JR., P.E. d/b/a<br>CRITERIUM-ANGILLY ENGINEERS;<br>CRITERIUM ENGINEERS, INC.; NRT<br>NEW ENGLAND INCORPORATED<br>d/b/a COLDWELL BANKER<br>RESIDENTIAL BROKERAGE;<br>PAULETTE E. DAVIS; CENDANT<br>MOBILITY FINANCIAL<br>CORPORATION; and UNITED STATES<br>AUTOMOBILE ASSOCIATION,<br>    Defendants | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Now come the Plaintiffs, James W. Tragakis and Susan M. O'Hara, in the above entitled

action which was filed with the court on January 21, 2005 and voluntarily dismiss the action

without prejudice in accordance with F.R.C.P. 41(a)(1)(i). All of the Defendants have been

served but none have filed an answer to the Complaint or filed a motion for summary judgment.

James W. Tragakis
Susan M. O'Hara
By their Attorney,

John S. Davagian, II
BBO # 114740
Davagian & Associates
365 Boston Post Road, Ste. 200
Sudbury, MA 01776-3023
978-443-3773

1

P:\data\active\Tragakis O'Hara\1334\pld00003.doc

## CERTIFICATE OF SERVICE

I, John S. Davagian, II, Esq. hereby certify that on March 28, 2004 I served a copy

of the foregoing Notice of Voluntary Dismissal by mailing the same, postage prepaid, to the

following:

Megan E. Kures, Esq.
Melick, Porter & Shea, LLP
28 State Street, 22nd Floor
Boston, MA 02109

Daniel C. Lawson, Esq.
Meyer, Darragh, Buckler, Bebenek & Eck,
P.L.L.C.
USX Tower, Suite 4850
600 Grant Street
Pittsburgh, PA 15219

Nicholas A. Ogden, Esq.
Donovan Hatem, LLP
Two Seaport Lane
Boston, MA 02110

David W. Zizik, Esq.
Zizik, Powers, O'Connell, Spaulding &
Lamontagne
One Hollis Street, Suite 400
Wellesley, MA 02482

John S. Davagian, II, Esq.

2

P:\data\active\Tragakis O'Hara\1334\pld00003.doc